# EXHIBIT 4

# LETHAL INJECTION CHEMICAL ADMINISTRATION RECORD

Inmate Name Black, Byron Inmate # 126220

Date 8/5/25

## PRIMARY SET A

| | Chemical | Time Begin |
|---|---|---|
| Syringe 1-A | Saline 50 ml | 1033 |
| Syringe 2-A | Pentobarbital 50 ml | 1034 |
| Syringe 3-A | Pentobarbital 50 ml | 1035 |
| Syringe 4-A | Saline 50 ml | 1036 |

[redacted] End Time 1036

Recorder Signatur[redacted]



Case 3:25-cv-00442 Document 52-4 Filed 11/19/25 Page 2 of 2 PageID #: 1187