# EXHIBIT 6


PM 2:55 04
MONTH DATE DAY TEMP
10/ 9 THU 66.4°F
ATOMIC RADIO CONTROLLED
PM 2:55 04
MONTH DATE DAY TEMP
10/ 9 THU 67.0°F
ATOMIC RADIO CONTROLLED
PM 2:55 03
MONTH DATE DAY TEMP
10/ 9 THU 67.3°F
ATOMIC RADIO CONTROLLED
ATOMIC TIME
14:55 03
DST
DATE
10/ 9
M D
DAY
THU
LA CROSSE
TECHNOLOGY