IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| HAROLD WAYNE NICHOLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO.: 3:25-cv-00442 |
| v. | ) | |
| | ) | JUDGE RICHARDSON |
| JONATHAN SKRMETTI, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is a motion to dismiss (Doc. No. 27, "Motion") filed by Defendants Jonathan Skrmetti, Frank Strada, and Kenneth Nelsen (hereinafter, "Defendants").[1] Via the Motion, Defendants ask this Court to dismiss all claims in the Complaint (Doc. No. 1, "Complaint") of Plaintiff, Harold Nichols ("Plaintiff"). In support of the Motion, Defendants filed a memorandum of law (Doc. No. 28, "Memorandum"). Plaintiff filed a response to the Motion (Doc. No. 37, "Response"). Defendants filed a reply. (Doc. No. 40, "Reply").

For the reasons set forth in the accompanying Memorandum Opinion, Defendants' Motion is GRANTED in its entirety, and all claims of Plaintiff are dismissed.

The Clerk is directed to enter judgment under Rule 58 and close the file.

IT IS SO ORDERED.

*Eli Richardson*

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

---

[1] As the Motion makes clear, the other persons named as defendants in this case, the "John Doe Participants," whoever they may actually be, are not "Defendants" (as defined herein as the defendants who filed the Motion) and are not represented by counsel for Defendants. (Doc. No. 27 at 1 n.1).