UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| HAROLD WAYNE NICHOLS ) ) ) Plaintiff, ) ) v. ) ) JONATHAN SKRMETTI, Attorney ) General and Reporter, State of ) Tennessee, in his official capacity, ) ) and ) ) FRANK STRADA, Commissioner, ) Tennessee Department of Correction, ) in his official capacity, ) ) and ) ) KENNETH NELSEN, Warden, ) Riverbend Maximum Security ) Institution, in his official capacity, ) ) and ) ) JOHN DOE Participants, ) ) Defendants. ) | No. 3:25-cv-00442  **Notice of Appeal**  (Execution Set for December 11, 2025) |

Plaintiff Harold Wayne Nichols appeals to the United States Court of Appeals for the Sixth Circuit from the order and final judgment entered on November 26, 2025.

1

Filed this 1st day of December, 2025.

                                           FEDERAL DEFENDER SERVICES OF EASTERN TENNESSEE, INC.

By:    */s/ Susanne Bales*
       Susanne Bales, Tennessee BPR No. 017868
       Attorney for Petitioner
       Federal Defender Services of Eastern Tennessee, Inc.
       800 South Gay Street, Suite 2400
       Knoxville, TN 37929
       Phone: 865-637-7979
       Fax: 865-637-7999
       Susanne_Bales@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2025, a true and correct copy of the foregoing document was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                           /s/ *Patricia McIntosh*
                                           Patricia McIntosh, Paralegal
                                           Capital Habeas Unit